UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREEDOM BOAT CLUB, LLC,

          Case No. 2:21-cv-95-SPC-NPM
          IN ADMIRALTY

    Plaintiff.

## REPORT & RECOMMENDATION

Before the Court is a motion for entry of default judgment against all potential claimants, except Eileen Hayes (Doc. 25). No response to the motion has been filed and the time to respond has lapsed.

This action concerns an incident occurring on or about August 7, 2020, on the navigable waters of the United States near Bonita Springs, Florida. On February 4, 2021, Plaintiff Freedom Boat Club filed a complaint for exoneration from or limitation of liability action pursuant to the Shipowner's Limitation of Liability Act, 46 U.S.C. § 30501 *et seq*, and Supplemental Admiralty Rule F. Thereafter, the Court provided for notice of this action to potential claimants and enjoined the pursuit of their claims in other fora. (Doc. 5). And on pain of default, the Court directed all potential claimants to file their claims or answers by April 15, 2021.

The April 15, 2021, deadline for receipt of claims and answers expired and no person or party filed any claims or pleadings in this matter. Consequently, all

potential claimants having an interest in this matter, except Eileen Hayes, have been declared in default. (Docs. 17, 18). And by defaulting for failing to answer, all potential claimants except Eileen Hayes admit that Freedom Boat Club is entitled to exoneration. FED. R. CIV. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied.").

Freedom Boat Club has complied with the Federal Rules of Civil Procedure, the Supplemental Rules for Certain Admiralty and Maritime Claims, and the Court's Admiralty and Maritime Practice Manual. Accordingly, its motion for entry of default (Doc. 25) should be granted and the Clerk should be directed to enter a default judgment of exoneration in favor of Freedom Boat Club against all potential claimants, except Eileen Hayes.

**REPORTED** in Fort Myers, Florida on November 9, 2021.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections "waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." *See* 11th Cir. R. 3-1. **To expedite resolution, parties may file a joint notice waiving the 14-day objection period.**